MICHAEL HINCKLEY (CSBN 161645)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Telephone: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
MARTIN PEREZ VILLALOBOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN PEREZ VILLALOBOS,<br><br>Defendant.<br>_____/ | Case No. CR 06-0667 MHP<br><br>STIPULATION AND [PROPOSED] ORDER RE: TO CONTINUE CHANGE OF PLEA DATE |

Defendant Martin Perez Villalobos, by and through his counsel Michael Hinckley, defendant Juan Carlos Esparza Perez, by and through his counsel Ron Tyler and Assistant United States Attorney David Hall, hereby stipulate and agree to continue the change of plea date in the above entitled matter from February 5, 2007 at 10:00 a.m. to March 5, 2007 at 10:00 a.m. or to a date that is convenient to the Court.

Good cause exist for this continuance in that additional time is necessary to complete preparations for the anticipated change of plea and for the defense to complete its review of recent discovery which was timely provided by the government.

///

///

///

<u>U.S. v. ESPARZA-PEREZ</u>, CR 06-0667 MHP
Stip. & [Proposed] Order To Cont. Hearing

-1-

Law Offices
Stiglich & Hinckley

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |

Dated: February 1, 2007

/S/
_____
MICHAEL L. HINCKLEY
Attorney for Defendant
MARTIN PEREZ VILLALOBOS

Dated: February 1, 2007

/S/
_____
RON TYLER
Attorney for Defendant

Dated: February 1, 2007

/S/
_____
DAVID HALL
Assistant United States Attorney

## ORDER

Pursuant to stipulation the date set for change of plea is hereby continued from February 5, 2007 at 10:00 a.m. to March 5, 2007 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: Feb. 5, 2007 .

_____
HON. MARILYN HALL PATEL
United States District Judge

Law Offices
Stiglich & Hinckley

U.S. v. ESPARZA-PEREZ, CR 06-0667 MHP
Stip. & [Proposed] Order To Cont. Hearing

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*U.S. v. ESPARZA-PEREZ*, CR 06-0667 MHP
Stip. & [Proposed] Order To Cont. Hearing

Law Offices
Stiglich & Hinckley