```
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney
       450 Golden Gate Avenue
       San Francisco, California 94102
       Telephone: (415) 436-7168
```

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JUAN CARLOS ESPARZA-PEREZ, and<br>MARTIN PEREZ-VILLALOBOS,<br><br>　　　　Defendants. | No. CR 06-0667 MHP<br><br>MOTION AND STIPULATION AND <s>PROPOSED</s> ORDER SETTING STATUS DATE |

　　　1. The parties stipulated and agreed at the March 19 and April 16, 2007, status hearings that the status date be continued to April 30, 2007.. The Court so found. The parties further stipulated and agreed that the ends of justice are served by the Court granting the above schedule so that continuity of all counsel can be maintained, and all counsel can further prepare themselves and their arguments. Additionally, there is a plea agreement that must be considered by the Court. All parties ask that the Court find that this interest of justice outweighs the interest of the public and the defendants in a speedy trial, in accordance with Title 18, Sections 3161(h)(1)(I) and (8)(A), and B(iv),.

　　　2. Accordingly, the United States and the defendant asked the Court to order that the

MOTION　　　　　　　　　　　　　　　　　　1

1 | time from March 19, 2007 to April 30, 2007 be excluded under the Speedy Trial Act.

3 | DATED: April 16, 2007.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
C. DAVID HALL
Assistant United States Attorney

MOTION                                                       2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN CARLOS ESPARZA-PEREZ, and ) <br> MARTIN PEREZ-VILLALOBOS, ) <br> ) <br> Defendants. ) | No. CR 06-0667 MHP <br><br><br> ~~(PROPOSED)~~ ORDER |

GOOD CAUSE APPEARING, the Court finds that:

1. The ends of justice are served by the granting of the continuance of status date to April 30, 2007. The Court finds that such continuance is necessary so that the parties so that continuity of counsel is maintained, and counsel can prepare. This outweighs the interest of the public and the defendants in a speedy trial, in accordance with 18 U.S.C. §3161(h)(8)(A), (B)(iv). There also is a plea agreement that must be considered by the Court. Title 18, Section 3161(h)(1)(I).

2. The Court therefore finds the period from March 19, 2007 to April 30, 2007, is

[PROPOSED] ORDER

excluded from speedy trial calculations within the meaning of 18, U.S.C., Sections 3161(h)(1)(I) and 3161(h)(8), subsections (A) and (B)(iv).

SO ORDERED.

DATED: 4/17 , 2007



IT IS SO ORDERED

Judge Marilyn H. Patel

2

[PROPOSED] ORDER