UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | Case No. **06 00667MHP** |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| **JUAN CARLOS ESPARZA-PEREZ**, ) | |
| ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT, STEVE EMERY TEICH** is hereby substituted in as counsel of record for **JUAN CARLOS ESPARZA-PEREZ,** in place and instead of **RONALD C. TYLER**, Deputy Federal Defender.

The trial date of June 10, 2007, Pre-trial date of May 11, 2007, motions and filing dates are hereby vacated and the case is confirmed for setting on June 11, 2007 at 10:00 a.m. Co-defendant **MARTIN PEREZ-VILLALOBOS** and his attorney **MICHAEL HINCKLEY** are ordered to appear at that time.

Dated: May 23, 2007

_____
IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER