FILED

OCT 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA

11            SAN FRANCISCO DIVISION

12

13   UNITED STATES OF AMERICA,          )     No. CR 06-0667 MHP
                                        )
14            Plaintiff,                )
                                        )
15       v.                             )
                                        )
16                                      )     (PROPOSED) ORDER
     JUAN CARLOS ESPARZA-PEREZ, and     )
17   MARTIN PEREZ-VILLALOBOS,           )
                                        )
18                                      )
             Defendants.                )
19   _____)

20

21       GOOD CAUSE APPEARING, the Court finds that:

22       1. The ends of justice are served by the granting of the proposed filing schedule and

23   hearing date of December 11, 2007 AT 9 a.m..  The Court finds that such continuance is

24   necessary so that the parties so that continuity of counsel is maintained, and counsel can prepare.

25   This outweighs the interest of the public and the defendants in a speedy trial, in accordance with

26   18 U.S.C. §3161(h)(8)(A), (B)(iv).  There also is a plea agreement that must be considered by the

27   Court.  Title 18, Section 3161(h)(1)(I).

28       2. The Court therefore finds the period from October 12, 2007 to December 11, 2007, is

     [PROPOSED] ORDER

1  excluded from speedy trial calculations within the meaning of 18, U.S.C., Sections 3161(h)(1)(I)

2  and 3161(h)(8), subsections (A) and (B)(iv).

3

4  SO ORDERED.

5

6  DATED: _10 / 15_ , 2007

7

8  MARILYN HALL PATEL
   United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    2

28

[PROPOSED] ORDER