```
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney
        450 Golden Gate Avenue
        San Francisco, California 94102
        Telephone: (415) 436-7168

Attorneys for the Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0667 MHP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION AND FILING SCHEDULE STIPULATION AND ~~PROPOSED~~ ORDER SETTING MOTION HEARING DATE |
| JUAN CARLOS ESPARZA-PEREZ, and MARTIN PEREZ-VILLALOBOS, | ) | |
| Defendants. | ) | |

    1.  The parties stipulated and agreed prior to the December 11, 2007, motion hearing that because the defense has moved for additional and possible <u>Giglio</u> discovery, primarily an immigration file of a potential witness, that the matter should be continued set for a hearing on a motion to suppress on January 17, 2008 at 9 a.m.  The government shall file its response to the discovery motion by December 21, 2007; if the government will no provide the requested discovery without court order, and the defendants will reply by December 28, 2007.  The parties further stipulated and agreed that the ends of justice are served by the Court granting the above schedule so that all counsel continuity is maintained, and all counsel can research and prepare their motion and their arguments.  All parties ask that the Court find that this interest of justice

MOTION                                        1

outweighs the interest of the public and the defendants in a speedy trial, in accordance with Title 18, Sections 3161(h)(1)(I) and (8)(A), and B(iv),.

    2. Accordingly, the United States and the defendants ask the Court to order that the time from December 11, 2007 to January 17, 2008, be excluded under the Speedy Trial Act.

DATED: December 7, 2007.

                      Respectfully submitted,

                        SCOTT N. SCHOOLS
                        United States Attorney

                        /s/
                        C. DAVID HALL
                        Assistant United States Attorney

                        /s/
                        STEVEN TEISH
                        Attorney for Mr. Esparza-Perez

                        /s/
                        MICHAEL HINCKLEY
                        Attorney for Mr. Perez-Villalobos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-0667 MHP |
| Plaintiff, | ) | |
| v. | ) | ~~(PROPOSED)~~ ORDER |
| JUAN CARLOS ESPARZA-PEREZ, and<br>MARTIN PEREZ-VILLALOBOS, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, the Court finds that:

1. The ends of justice are served by the granting of the proposed filing schedule and hearing date of January 17, 2007 at 9 a.m.. The Court finds that such continuance is necessary so that the parties so that continuity of counsel is maintained, and counsel can prepare. This outweighs the interest of the public and the defendants in a speedy trial, in accordance with 18 U.S.C. §3161(h)(8)(A), (B)(iv). There also is a plea agreement that must be considered by the Court. Title 18, Section 3161(h)(1)(I).

2. The Court therefore finds the period from December 11, 2007, to January 17, 2008, is

[PROPOSED] ORDER

1  excluded from speedy trial calculations within the meaning of 18, U.S.C., Sections 3161(h)(1)(I)
2  and 3161(h)(8), subsections (A) and (B)(iv).

4  SO ORDERED.

6  DATED: __12/7__, 2007



MARILYN
United Sta...
Judge Marilyn H. Patel

2

[PROPOSED] ORDER