1  JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
Assistant United States Attorney
5     450 Golden Gate Avenue
      San Francisco, California 94102
6     415-436-7168
Attorneys for Plaintiff

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          )  No. CR 06-0667 MHP
                                        )
11 |        Plaintiff,                  )
                                        )  MOTION TO CONTINUE EVIDENTIARY
12 |                                    )  HEARING DATE and
           v.                           )  (PROPOSED) ORDER
13 | JUAN CARLOS ESPARZA-PEREZ, and     )
     MARTIN PEREZ-VILLALOBOS,           )
14 |                                    )
                                        )
15 |        Defendants.                 )
                                        )
16

17    The parties move this Court to continue the hearing currently set for January 23, 2008, on

18  defendant's motion to dismiss to February 6, 2008 at 1:30 p.m.. The parties have so stipulated

19  due to a jury trial scheduled for Mr. Teich during for the week of January 22, 2008.  The time

20  from January 23 to February 6, 2008 is excluded from speedy trial calculations under 18 U.S.C.

21  §3161 (h)(1)(F), pending motion.

22  DATED: January 17, 2008            Respectfully submitted,

                                        /s/
23                                     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                        C. DAVID HALL
24                                      Assistant United States Attorney

                                        /s/
25                                     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                        STEVE EMERY TEICH
26                                      Attorney for Mr. Juan Esparza-Perz

                                        /s/
27                                     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                        MICHAEL L. HINCKLEY
                                        Attorney for Mr. Martin Perez-Villalobos
28

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   |                                                                                      |
| 2   |                                                                                      |
| 3   |                                                                                      |
| 4   |                                                                                      |
| 5   |                                                                                      |
| 6   |                                                                                      |
| 7   |                                                                                      |
| 8   | IN THE UNITED STATES DISTRICT COURT                                                  |
| 9   | FOR THE NORTHERN DISTRICT OF CALIFORNIA                                              |

| UNITED STATES OF AMERICA, | ) | No. CR 06-0667 MHP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | (~~PROPOSED~~) ORDER |
| JUAN CARLOS ESPARZA-PEREZ, and MARTIN PEREZ-VILLALOBOS, | ) | |
| Defendants. | ) | |

IT IS SO ORDERED: The hearing currently set for January 23, 2008, on defendant's motion to dismiss is continued to February 6, 2008 at 1:30 p.m.. The time from January 23 to February 6, 2008 is excluded from speedy trial calculations under 18 U.S.C. §3161 (h)(1)(F), pending motion.

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel