1  **STEVE EMERY TEICH**
   Cal. State Bar No. **78397**
2  1390 Market Street
   Fox Plaza, Suite 310
3  San Francisco, CA 94102
   Telephone: (415) 864-5494
4
   Attorney for Defendant
5  **JUAN ESPARZA PEREZ**

6

7

8

9                     **UNITED STATES DISTRICT COURT**

10                    **NORTHERN DISTRICT OF CALIFORNIA**

11                         **SAN FRANCISCO DIVISION**

12

13

14

15  **UNITED STATES OF AMERICA**,        )   CASE NO.  **CR-06-0667 MHP**
                                         )
16      Plaintiff,                       )
                                         )   **STIPULATION AND ORDER TO**
17                                       )   **CONTINUE STATUS HEARING OF**
        vs.                              )   **April 24, 2008**
18                                       )
    **JUAN ESPARZA PEREZ**,              )
19  **MARTIN VILLALOBOS**, et., al.      )
                                         )
20      Defendants.                      )
                                         )
21  _____       )

22      **WHEREAS** defense counsel has asked government counsel, AUSA David Hall and co-

23  counsel Mike Hinkley, to agree to a continuance of the status hearing precedently set for April 24,

                        May 12, 2008 at 11:00 a.m.
24  2008, at 2:30 p.m. to ~~May 13 , 2008 at 2:30 p.~~m. or a time convenient for the court because Mr.

25  Teich is in Jury trial in San Francisco Superior Court and is unavailable.

26      **WHEREAS** on behalf of Mr. Teich, Mike Hinkley, attorney for MARTIN VILLALOBOS,

27  has contacted Mr. Hall and obtained his agreement and authority to sign a stipulation to that effect.

28      **IT IS HEREBY STIPULATED** by and between all parties that the status hearing now set

1  for Thursday, April 24, 2008 at 2:30 p.m. can be continued to ~~May 13, 2008 at 2:30 p.m.~~ May 12, 2008 at 11:00 a.m. or at time

2  convenient for this court on that day.

5  Dated: April 23, 2008                                    \S\
                                                     **DAVID HALL**
6                                                    Assistant U.S. Attorney

8  Dated: April 23, 2008                                    \S\
                                                     **MIKE HINKLEY**
9                                                    Attorney for Defendant
                                                     **MARTIN VILLALOBOS**

12  Dated: April 23, 2008                                   \S\
                                                     **STEVE EMERY TEICH**
                                                     Attorney for Defendant
13                                                   **JUAN ESPARZA PEREZ**

16  **IT IS SO ORDERED:**

18  Dated:   4/28/2008
                                                     _____
19                                                   **MARILYN H. PATEL**
                                                     United States District Judge

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Marilyn H. Patel)*

2

STIPULATION AND ORDER TO CONTINUE STATUS HEARING OF April 24, 2008