1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2

3  BRIAN J.  STRETCH (CSBN 163973)
   Chief, Criminal Division
4

   C. DAVID HALL (CSBN 66081)
5  Assistant United States Attorney
        450 Golden Gate Avenue
6       San Francisco, California 94102
        Telephone: (415) 436-7168
7
   Attorneys for the Plaintiff
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          )     No. CR 06-0667 MHP
                                       )
12             Plaintiff,              )
                                       )
13         v.                          )     UNITED STATES MOTION AND
                                       )     STIPULATION AND
14                                     )     [PROPOSED] ORDER RE-SETTING
    MARTIN PEREZ-VILLALOBOS,           )     SENTENCING HEARING
15                                     )
                                       )
16             Defendant.              )
                                       )
   _____    )

17        The Court has set sentencing hearings for the above entitled defendants for November 24,

18  2008, at 9 a.m.  The undersigned government counsel will be in jury selection before Judge

19  Alsup in the case of United States v. Fort, CR 05-0167 WHA, on November 24 from the hours of

20  7:30 a.m. to 1 p.m.  The government can send another counsel to this Court for the sentencing

21  hearing, but that counsel will not be fully conversant in the status with all defendants.  Therefore,

22  the government moves to continue the hearings one

23  //

24  //

25  //

26  //

27  //

28

    MOTION

1    day to December 15, 2008 at 9:00 a.m.

2

3    DATED: November 21, 2008                  Respectfully submitted,

4                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
5

6                                              _____/s/_____
                                               C. DAVID HALL
7                                              Assistant United States Attorney

8

9

10                                             _____/s/_____
                                               MICHAEL L. HINCKLEY
11                                             Attorney for Mr. Perez-Villalobos

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

UNITED STATES OF AMERICA,                   )            No. CR 06-0667 MHP
                                            )
13
                    Plaintiff,              )
                                            )
14
            v.                              )            (PROPOSED) ORDER
                                            )
15
MARTIN PEREZ-VILLALOBOS,                    )
                                            )
16
                    Defendant.              )
                                            )
17 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  )

18          GOOD CAUSE APPEARING, the Court finds that:

19          The ends of justice are served by resetting the sentencing hearing for the above entitled

20 matter to have the assigned government counsel present from November 24, 2008 to December

21 15,  2008, at 9 a.m..

22

23 SO ORDERED.

24

25 DATED:  11/25 _____, 2008

26

27 MARILY
   United S

28

   [PROPOSED] ORDER

IT IS SO ORDERED

Judge Marilyn H. Patel