MICHAEL L. HINCKLEY (CSBN 161645)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Telephone: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
MARTIN PEREZ VILLALOBOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0667 MHP |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RE: TO CONTINUE SENTENCING |
| MARTIN PEREZ VILLALOBOS, | |
| Defendant. | |

Defendant Martin Perez Villalobos, by and through his counsel Michael Hinckley and the United States by and through Assistant United States Attorney David Hall, hereby stipulate and agree to continue the sentencing date in the above entitled matter from January 5, 2009 at 9:00 a.m. to January 12, 2009 at 9:00 a.m.

Good cause exist for this continuance in that government counsel is unexpectedly unavailable due to his involvement in a trial matter.

///

///

///

IT IS SO STIPULATED.

Dated: January 5, 2009

/S/ Michael Hinckley
MICHAEL L. HINCKLEY
Attorney for Defendant
MARTIN PEREZ VILLALOBOS

Dated: January 5, 2009

/S/ David Hall
DAVID HALL
Assistant United States Attorney

## ORDER

Pursuant to stipulation the sentencing in the above matter is hereby continued from January 5, 2009 at 9:00 a.m. to January 12, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 1/7/2009

IT IS SO ORDERED
Judge Marilyn H. Patel

HON. MARILYN H. PATEL
United States District Judge

Law Offices
Stiglich & Hinckley

U.S. v. ESPARZA-PEREZ, CR 06-0667 MHP
Stip. & [Proposed] Order To Cont. Hearing

**PROOF OF SERVICE**

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

On 1/5/09, I personally served via U.S. Mail a copy of the attached on the following:

>E. Ann Searles
>U.S. Probation Officer
>450 Golden Gate Avenue
>San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on 1/5/09, at Walnut Creek, California.

/s/ Michael Hinckley

Law Offices Stiglich & Hinckley

U.S. v. ESPARZA-PEREZ, CR 06-0667 MHP
Stip. & [Proposed] Order To Cont. Hearing

-3-